STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorney for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

SAMUEL F. BARNUM (SBN 75767)
sambarnum@earthlink.net
LAW OFFICES OF SAMUEL F. BARNUM
4302 Redwood Highway, Suite 100
San Rafael, California 94903
Telephone: 415. 492.9800
Facsimile: 415. 492.9808

Attorneys for Plaintiff
PURPLUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLUS, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, inclusive,<br><br>　　　　Defendant. | CASE NO. CV12-3689 JSW<br><br>**STIPULATION AND [proposed] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Date:　　January 18, 2013<br>Time:　　1:30 p.m.<br>Ctrm.:　　11, 19th Floor<br>Judge:　　Jeffrey S. White |

# I.
## RECITALS

1. This matter is currently set for a Case Management Conference on January 18, 2013;

2. Hartford Casualty Insurance Company ("Hartford") has filed a motion to dismiss all causes of action alleged against Hartford in plaintiff's Complaint pursuant o FRCP 12(b)(6). Hartford's motion is scheduled to be heard in this Court on February 15, 2013;

421344
-1-

3. Because the Court's ruling on Hartford's motion to dismiss may dispose of the entire case and thereby render the Case Management Conference unnecessary, the parties have agreed to the following stipulation:

## II.
## STIPULATION

In the interest of judicial economy, plaintiff Purplus, Inc. and defendant Hartford, by and through their respective counsel, hereby stipulate to continuing the Case Management Conference, currently scheduled to take place on January 18, 2013, to March 8, 2013, or a date thereafter as the Court sees fit.

Dated: December 13, 2012         LAW OFFICES OF SAMUEL F. BARNUM


By:   /s/ Samuel F. Barnum
     SAMUEL F. BARNUM
     Attorneys for Plaintiff
     PURPLUS, INC.

Dated: December 13, 2012         HAYES SCOTT BONINO ELLINGSON & McLAY, LLP


By_____
     STEPHEN M. HAYES
     JAMIE A. RADACK
     Attorneys for Defendant
     HARTFORD CASUALTY INSURANCE COMPANY

## [proposed] ORDER

**IT IS SO ORDERED:**

Pursuant to the stipulation of the parties, the Case Management Conference, currently set for January 18, 2013, shall be continued to [March 8, 2013] [ April 19, 2013 at 1:30 p.m. ] .

Dated: January 2, 2013

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

421344 -3-

STIPULATION AND [proposed] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE –
CASE NO. C12-3689 JSW